SEAN P. FLYNN (SBN: 15408)
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com
Attorney for Defendant
I.Q. DATA INTERNATIONAL, INC.

Gordon Rees Scully Mansukhani, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COLLEEN KELLY,

Plaintiff,

vs.

I.Q. DATA INTERNATIONAL, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

CASE NO.: 3:26-cv-00809-CSD

**DEFENDANT I.Q. DATA INTERNATIONAL, INC. AND PLAINTIFF'S JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

Plaintiff Colleen Kelly ("Plaintiff") and Defendant IQ Data International, Inc. ("IQ Data"), by and through their respective counsel of record, hereby file this motion to extend IQ Data's deadline to file its response to Plaintiff's Complaint [ECF No. 1] through December 16, 2026, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules IA 6-1, IA 6-2, and 7-1:

1. Plaintiff filed her Complaint in this action on October 16, 2026.

2. IQ Data's current deadline to answer or otherwise respond to the Complaint is November 25, 2026.

3. Counsel for IQ Data will be out of the office next week.

4. Plaintiff and IQ Data have agreed to extend IQ Data's deadline to answer or otherwise respond to the Complaint by twenty-one (21) days, up to and including **December 16, 2026**.

5. Good cause exists for the requested extension. IQ Data recently retained counsel, who requires additional time to investigate the allegations in the Complaint, review IQ Data's account records relating to Plaintiff, and prepare an appropriate response. The extension will also permit the parties to explore whether any of Plaintiff's claims against IQ Data may be resolved without further litigation.

6. This is the first request for an extension of IQ Data's deadline to respond to the Complaint. No previous extension of this deadline has been requested or granted.

7. This request is made in good faith, before the expiration of the current deadline, and not for the purpose of delay. The requested extension will not prejudice any party and does not affect any other deadline in this action.

8. This stipulation is entered into solely between Plaintiff and IQ Data and does not apply to, or extend any deadline for, Defendants Equifax Information Services, LLC or Experian Information Solutions, Inc.

9. Nothing in this stipulation constitutes a waiver of any claim, defense, or objection, all of which are expressly preserved.

//

//

//

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

Gordon Rees Scully Mansukhani, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

IT IS SO STIPULATED.

DATED: November 19, 2026

**HERNANDEZ & MASSI**

*/s/ Kevin L. Hernandez*

Kevin L. Hernandez, No. 12594
8920 W. Tropicana Avenue, Suite 101,
Las Vegas, Nevada 89147
kevin@hernandezandmassi.com
*Attorney for Plaintiff Colleen Kelly*

DATED: November 19, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

/*s/ Sean Flynn*

Sean Flynn, No. 15408
1 East Liberty Street, Suite 424,
Reno NV 89501
sflynn@grsm.com
*Attorney for Defendant IQ Data International, Inc.*

**ORDER**

Based on the foregoing motion of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant IQ Data International, Inc. shall answer or otherwise respond to Plaintiff's Complaint on or before December 16, 2026.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2026

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501